# EXHIBIT A

[Yellow]

# SERVICES AGREEMENT

THIS SERVICES AGREEMENT is made as of January 1, 2010 (the "Agreement"), by and between TAXI AFFILIATION SERVICES LLC., a Delaware limited liability company (the "TAS") and YELLOW CAB AFFILIATION, INC., an Illinois corporation (the "Association").

## Recitals

WHEREAS, TAS is in the business of providing back-office accounting, cashiering and other taxicab related services to taxicab affiliations in the City of Chicago.

WHEREAS, the Association is a taxicab affiliation in the City of Chicago whose members provide taxicab service to the general public in the City of Chicago.

WHEREAS, the Association requires and TAS, either directly or through one or more other service providers designated by TAS (collectively with TAS, the "Service Provider"), is willing to provide certain services, programs, systems, and assistance in connection with the Association's operations.

NOW, THEREFORE, in consideration of the promises set forth in this Agreement and other good and valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the Association and the Service Provider agree as follows:

1. **Services**.

    (a) The Service Provider shall make available such personnel and systems as may be necessary to assist the Association in performing the following operations:

    (i) Accounting and back-office functions.

    (ii) Cashiering and collection functions for the demand, collection, and receipt of any and all affiliation fees, charges or other revenues payable to the Association.

    (iii) Maintenance of customary books, records and accounts of all costs and expenses incurred and all income and receipts received in connection with the foregoing.

    (iv) IT support and service.

  (v) Performance of such other administrative business functions in connection with the business and affairs of the Association as the Association may from time to time reasonably request of the Service Provider.

(b) Service Provider shall also provide to the Association, and the Association may utilize and otherwise make available to its members, each of the following services and programs on terms and conditions to be agreed upon:

  (i) Cashier window services.

  (ii) Purchasing programs for the supply of radio and communications equipment.

  (iii) Assistance with securing rooftop and similar taxicab related advertising programs, when available.

  (iv) Assistance with securing insurance programs, when available.

  (v) Assistance with securing loan programs, when available.

  (vi) Such other services and programs typically offered by Service Provider to other taxicab affiliations and requested by the Association.

(c) Service Provider shall assist the Association with advertising, marketing and promotions, and hereby grants to the Association the right and license to use during the term hereof (i) the "Yellow Cab" trade name, service mark and related trade dress and logos in connection with the Association's taxicab business and (ii) the telephone number "312-Taxicab" and all "Yellow Cab" internet domain names and web addresses.

(d) Any one or more of the services set forth in this Section 1 may from time to time be rendered at the Service Provider's offices or at such other location selected by the Service Provider and/or the Association.

2. **Fees and Expenses.**

(a) The Association agrees to pay the Service Provider (or its designee) a monthly fee (the "Fee"), determined in part by the number of Affiliation Members in the Association, as per the fee schedule annexed hereto as Exhibit A.

(b) The Association agrees to pay and reimburse the Service Provider (or its designee) actual and direct out-of-pocket expenses (including fees and disbursements of attorneys, accountants and other professionals retained by the Service Provider in connection

2

with the services provided hereunder) incurred by the Service Provider and its personnel in performing services hereunder to the Association and its subsidiaries. In addition, the Service Provider shall be reimbursed by the Association for all direct costs it incurs on behalf of the Association for any selling, general and administrative costs (including accounting, bookkeeping, executive management, travel, telephone, data processing, and other overhead expenses) reasonably allocated by the Service Provider to services provided or performed on behalf of the Association. Any such reimbursement shall be payable by the Association promptly on the Service Provider's rendering of a statement therefor, together with such supporting data as the Association reasonably shall require.

3. **Term**.

This Agreement shall be for a term of one (1) year and shall expire on December 31, 2010; provided, however, that this Agreement shall thereafter be automatically renewed for successive one-year terms unless either party, within sixty (60) days prior to the scheduled renewal date, notifies the other party as to its termination of this Agreement.

4. **Limitation of Liability: Indemnity**.

The Association covenants and agrees to protect, indemnify and hold harmless the Service Provider, its directors, officers, and employees, affiliates and their successors and assigns (collectively, the "Indemnified Persons"), from and against any and all costs, expenses, losses, claims, damages, and liabilities ( including reasonable attorneys' and accountant fees) incurred or claimed because of any act, omission or neglect by the Association or any of its affiliates, agents, servants, employees or guests or which arises from, in connection with or as a result of the Association's taxicab, affiliation or other operations; provided, however, such indemnity shall not apply to any such cost, expense, loss, claim, damage, or liability to the extent it is found in a final judgment by a court of competent jurisdiction (not subject to further appeal) to have resulted primarily and directly from the gross negligence or willful misconduct of the Service Provider, as admitted in any settlement of such Indemnified Person(s) or held in any final, non-appealable judicial or administrative decision. In the event that the Service Provider is named as a defendant in any legal action, lawsuit or claim with respect to which Service Provider is to be indemnified hereunder, the Service Provider will have the right to retain counsel of its own choice to represent it and/or the Indemnified Persons, which will conduct the defense of such claim, and the Association will pay the reasonable fees and expense of such counsel on a monthly basis. Neither termination nor completion of this Agreement shall affect these indemnification provisions which shall remain operative and in full force and effect.

5. **Miscellaneous**.

(a)   This Agreement sets forth the entire understanding of the parties with respect to the Service Provider's rendering of services to the Association and supersedes any and all prior services and/or consulting agreements between the parties.

3

(b) This Agreement or any provision hereof may not be modified, waived, terminated or amended except expressly by an instrument in writing signed by the Service Provider and the Association.

(c) This Agreement may not be assigned by either party without the consent of the other party but shall be binding upon and inure to the benefit of the parties and their respect successors, assigns and heirs.

(d) In the event that any provision of this Agreement shall be held to be void or unenforceable, in whole or in part, the remaining provisions of this Agreement and the remaining portion of any provision held void or unenforceable inpart shall continue in full force and effect.

(e) Except as otherwise specifically provided herein, notice given hereunder shall be deemed sufficient if delivered personally or sent by registered or certified mail to the address of the party for whom intended at the principal executive offices of such party, or at such other address as such party may hereafter specify by written notice to the other party.

(f) No waiver by either party of any breach of any provision of this Agreement shall be deemed a continuing waiver or a waiver of any preceding or succeeding breach of such provision or of any other provision herein contained.

(g) The Service Provider and its personnel shall, for purposes of this Agreement, be independent contractors (and not agents or representatives) with respect to the Association.

(h) This Agreement shall be governed by the laws of the State of Illinois.

IN WITNESS WHEREOF, the parties hereto have duly executed this Services Agreement as of the date and year first above written.

YELLOW CAB AFFILIATION, INC.

By: _____
Name: DANIEL R. DELEO
Title: PRES.

TAXI AFFILIATION SERVICES LLC

By: _____
Name: Timothy M. Murphy
Title: _____

5

EXHIBIT "A"

Fees to be Paid

(i) a base fee of $2,500 per month for the services provided hereunder.

(ii) for each month that the Association has in excess of twenty (20) affiliate members, then with respect to each such affiliate member in excess of twenty (20), an additional fee of $45.00 per affiliate member per week (based on the average number of affiliate members in the Association for each respective month), subject to reconciliation and adjustment within ninety (90) days after the end of each year to reimburse Service Provider for the expenses described in Section 2(b).

The foregoing fees shall be paid in arrears within ten (10) days after the end of the calendar month in question.

C:\Users\astateman\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\H5QNU2LO\AffiliationServiceAgt-Taxi Affil-Yellow.doc

6

[8.14.3] [TAS-Yellow Services Agmt 010110.pdf] [Page 6 of 6]