UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Yellow Cab Affiliation, Inc.<br><br>Debtor(s)<br>Michael K Desmond, Ch. 7 Trustee<br><br>Plaintiff(s)<br>Taxi Affiliation Services LLC<br><br>Defendant(s) | BK No.: 15-09539<br>Chapter: 7<br>Honorable Carol Doyle<br><br>Adv. No.: 17-00133 |

**Scheduling Order on Motion to Dismiss Counts I, III, IV, V, VI, VII, and VIII of Adversary Proceeding Filed by Taxi Affiliation Services LLC.**

IT IS ORDERED that the plaintiff is granted leave to file and serve a written response on or before June 2, 2017. Defendant is granted leave to file and serve a written reply to the response on or before June 23, 2017. Status/ruling set for July 20, 2017 at 10:30 a.m. in Courtroom 742, 219 South Dearborn Street, Chicago, Illinois.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: May 04, 2017